# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                                **PLAINTIFF**
**ADC #650936**

vs.                       NO: 4:20-cv-00820-SWW-JJV

**ADAMS;** *et al.*                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's official capacity claims are dismissed without prejudice for failure to state a claim.

2. Plaintiff's claims against Defendants Marshall, Elkin, Hickman, Skillen, Coleman, Baker, Etherly, Smith, Gorman, Berry, Johnson, Iverson, Bruner, Pugh, and Doe are dismissed without prejudice as improperly joined.

3. Defendants Marshall, Elkin, Hickman, Skillen, Coleman, Baker, Etherly, Smith, Gorman, Berry, Johnson, Iverson, Bruner, Pugh, and Doe are dismissed from this action.

4.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 20th day of October, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
