## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CARLOS RAY FRAZIER                                                                                          PLAINTIFF
ADC #650936

v.                                              4:20-cv-00820-SWW-JJV

ADAMS; *et al.*                                                                                          DEFENDANTS

### PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen days from the date of the findings and recommendations. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Carlos Ray Frazier ("Plaintiff") filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1). At the time Plaintiff filed this lawsuit, he was incarcerated in the W.C. Brassell Adult Detention Center. (*Id.*) On January 6, 2021, mail from the Court to Plaintiff was returned as undeliverable. (Doc. No. 32.) That same day I directed Plaintiff to update his address within

thirty (30) days, as required by Local Rule 5.5 (Doc. No. 33.).  (*See also* Doc. No. 2 at 2, advising Plaintiff of his duties under Local Rule 5.5(c)(2).)  Plaintiff was warned that if he did not do so, his case may be dismissed without prejudice.  (Doc. No. 33.)  Plaintiff has not updated his address with the Court, and mail from the Court to Plaintiff continues to be returned as undeliverable.  (Doc. No. 34.)

IT IS, THEREFORE, RECOMMENDED that:

1.  Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

2.  The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 8th day of February 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE