IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #650936

**vs.**　　　　　　　　　　　**4:20CV00820-SWW-JJV**

**ADAMS;** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 4th day of March, 2021.

　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE